UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 16-0016-JAK (KKx) | Date | February 11, 2016 |
|---|---|---|---|
| Title | National Labor Relations Board, et al v. Dov Charney | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum Briefing Schedule [Dkt. 1]**

Before the Court is Petitioner American Apparel, Inc.'s Application for Order Requiring Compliance with Subpoena ("Application") filed by Movant National Labor Relations Board. ECF Docket No. ("dkt.") 1. On February 9, 2016, the hearing set for May 2, 2016 was vacated by the District Judge and the matter was referred to the Magistrate Judge for review and determination. Dkt. 10.

IT IS ORDERED AS FOLLOWS:

1.      Respondent Dov Charney's opposition, or notice of non-opposition, to the Application must be served and filed **within twenty-one (21) days of the service of this Order**. Respondent is cautioned that failure to timely file an opposition may result in the granting of the Application in its entirety.

2.      Petitioner's and/or Movant's reply, if any, shall be served and filed within seven (7) days of the filing of Respondent's opposition.

3.      Unless otherwise ordered, the Application will be taken under submission, without oral argument, when briefing is complete, and the parties will be notified by mail or email of all further proceedings.

4.      Movant shall serve a copy of this Order on Petitioner and Respondent and file a proof of service within ten (10) days of the date of this Order.