UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ON RELATION OF AMERICAN APPAREL, INC.,<br><br>Applicant,<br><br>v.<br><br>DOV CHARNEY,<br><br>Respondent. | Case No. LA MC 16-00016-JAK (KKx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed the Application for Order Requiring Compliance with Administrative Subpoena ("Application"), the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Respondent Dov Charney ("Charney") has objected. The Court accepts the findings and recommendation of the Magistrate Judge, subject to certain modifications stated below:

IT IS THEREFORE ORDERED that (1) the Application is GRANTED; and (2) Charney is to appear before the National Labor Relations Board to produce the subpoenaed documents described therein, and answer questions related to the

1  matters under investigation as described in the Subpoena Duces Tecum B-1-
2  P6SO5T on a date that is determined by the Hearing Officer to be reasonable given
3  the schedules of the parties, their respective counsel, Charney and his counsel and
4  the Hearing Officer. This Order is without prejudice to: (1) Charney presenting a
5  privilege log, which provides sufficient detail, to the parties and the Hearing
6  Officer on which claims of attorney-client and/or attorney-work product privilege
7  are stated separately as to any responsive document(s); and (2) the Hearing Officer
8  reviewing any such document(s) in camera to determine whether either or both
9  privileges applies to any such document(s).

11 IT IS SO ORDERED.
12 Dated: May 4, 2016

JOHN A. KRONSTADT
United States District Judge